# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| GLACIER COUNTY REGIONAL PORT AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>LAURIE ESAU, MONTANA HUMAN RIGHTS BUREAU,<br><br>Defendant. | CV-22-81-GF-BMM-JTJ<br><br>**ORDER REASSIGNING** |

**IT IS HEREBY ORDERED** that the above-captioned cause is **REASSIGNED** to the Honorable Brian Morris for all further proceedings.

DATED this 19th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court