1
2
3
4
5
6
7

**MATT LAW OFFICE, PLLC**
**Terryl T. Matt, Esq.**
**Joseph F. Sherwood, Esq.**
310 East Main Street
Cut Bank, MT  59427
Telephone:  (406) 873-4833
Fax No.:      (406) 873-0744
terrylm@mattlawoffice.com
joes@mattlawoffice.com

Attorneys for Plaintiff

8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

11
12
13
14
15
16
17
18

| | |
|---|---|
| GLACIER COUNTY REGIONAL PORT AUTHORITY<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>LAURIE ESAU, MONTANA HUMAN RIGHTS BUREAU,<br><br>　　　　Defendants. | Case No. CV-22-81-GF-BMM-JTJ<br><br>**PLAINTIFF'S RENEWED RULE 65 MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

19
20
21
22
23
24

　　　　COMES NOW, Plaintiff Glacier County Port Authority ("Port Authority"), and

pursuant to F. R. Civ. P. 65, by and through its counsel of record, Terryl T. Matt, and

hereby files its *Renewed Rule 65 Motion for Preliminary Injunction and Temporary*

1

*Restraining Order*.  Plaintiff's reasons for filing its renewed request is that the Montana Human Rights Bureau (MHRB) proceeding has been set for a two-day contested hearing before the Office of Administrative Hearings (OAH) on March 21, 2023, despite Plaintiff's request for a stay.  The OAH's action further necessitates a temporary restraining order and preliminary injunction to enjoin MHRB, a state regulatory agency, from improperly exercising authority over the Port Authority and other non-Indian members' activities occurring on tribal lands.  A supporting brief has been filed contemporaneously with this motion.

WHEREFORE, Plaintiff requests that the Court enter the Preliminary Injunction and grant such other and further relief as may appear just.

DATED this 19th day of October, 2022          MATT LAW OFFICE, PLLC

By:  /s/ Terryl T. Matt Law
      Terryl T. Matt


Attorneys for Plaintiff,
 Glacier County Region Port Authority

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2022 a true copy of the foregoing

was served:

Via ECF to the following parties:

Laurie Esau
Montana Human Rights Bureau
Walt Sullivan Building
1315 Lockey Avenue
PO Box 1728
Helena, MT. 59624-1728
Laurie.Esau@mt.gov

By: /s/ Terryl T. Matt
Matt Law Office
