Wesley James Furlong (MT Bar No. 42771409)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
Fax: (907) 276-2466
wfurlong@narf.org

*Counsel for Proposed Intervenor-Plaintiff Blackfeet Nation*
*Additional Counsel Listed on Signature Page*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| GLACIER COUNTY REGIONAL PORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>LAURIE ESAU and MONTANA HUMAN RIGHTS BUREAU,<br><br>Defendants. | Case No. 4:22-cv-00081-BMM<br><br>**RULE 24 MOTION TO INTERVENE**<br><br>Chief District Judge Brian M. Morris |

Pursuant to Federal Rule of Civil Procedure 24(a) and (b), the Blackfeet Tribe of the Blackfeet Indian Reservation ("Blackfeet Nation"), a federally recognized Indian tribe, respectfully moves this Court to intervene as a matter of right, under Rule 24(a)(2) or, in the alternative, for permissive intervention under Rule 24(b)(1) in the above-captioned case. Blackfeet Nation seeks intervention in support Plaintiff Glacier County Regional Port Authority. This motion is supported by the attached *Proposed Intervenor-Plaintiff's Brief in Support of Rule 24 Motion to Intervene.*

1

Undersigned counsel for Blackfeet Nation contacted counsel for the other parties regarding this motion. Plaintiff Port Authority does not oppose the Motion. Defendants oppose the motion.

Blackfeet Nation meets the standard for intervention as a matter of right under Rule 24(a), and as set forth by this Court and the Ninth Circuit, which requires an applicant to establish that: (1) its motion is timely; (2) it has a "significantly protectable" interest in the litigation; (3) without intervention an adverse ruling may impair or impede the ability to protect that interest; and (4) its interest is not being adequately represented by the existing parties. *Wilderness Soc. v. U.S. Forest Serv.*, 630 F.3d 1173 (9th Cir. 2011); *see Mont. Wildlife Federation v. Bernhardt*, No. CV-18-69-GF-BMM, 2022 WL 2438963, at *2 (D. Mont. July 5, 2022). Blackfeet Nation also meets the standard for permissive intervention because its claims have a common question of law and fact as Plaintiff's claims, and its motion is timely. Fed. R. Civ. P. 24(b).

Blackfeet Nation also requests that the hearing on Plaintiff's motion for a preliminary injunction and temporary restraining order scheduled for November 2, 2022, be continued until after this Court rules on Blackfeet Nation's motion for intervention.

Blackfeet Nation respectfully requests that its *Rule 24 Motion to Intervene* be granted.

RESPECTFULLY SUBMITTED this 31st day of October, 2022.

_____
Wesley James Furlong (MT Bar No. 42771409)
NATIVE AMERICAN RIGHTS FUND

Mark J. Carter (*pro hac vice* forthcoming)
NATIVE AMERICAN RIGHTS FUND
950 F Street NW
Suite 1050
Washington, DC 20004
Phone: (202) 785-4166
Fax: (202) 822-0068
mark.carter@narf.org

Jason Searle (*pro hac vice* pending)
Matthew L. Campbell (*pro hac vice* forthcoming)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Phone: (303) 447-8760
Fax: (303) 443-7776
searle@narf.org
mcampbell@narf.org

*Counsel for Proposed Intervenor-Plaintiff Blackfeet Nation*

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 24.1(a), I hereby certify that on this 31st day of October, 2022, I filed the foregoing **RULE 24 MOTION TO INTERVENE** with the Clerk of the Court for the United States District Court for the District of Montana and served it upon all participants in this case by U.S. Mail to the following address:

Attn: Clerk of the Court
U.S. District Court
125 Central Avenue West
Great Falls, MT 49404

Glacier County Regional Port Authority
Attn: Terryl T. Matt
Joseph F. Sherwood
310 Main Street
Cut Bank, MT 59427

Glacier County Regional Port Authority
Attn: Kirk D. Evenson
P.O. Box 1525
Great Falls, MT 59403

Laurie Esau
Attn: Lindsey R. Simon
P.O. Box 201440
Helena, MT 59620

Montana Human Rights Bureau
Attn: Lindsey R. Simon
P.O. Box 201440
Helena, MT 59620

_____
Wesley James Furlong (MT Bar No. 42771409)
NATIVE AMERICAN RIGHTS FUND