IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GLACIER COUNTY REGIONAL PORT AUTHORITY,<br><br>Plaintiff,<br><br>BLACKFEET NATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>LAURIE ESAU and MONTANA HUMAN RIGHTS BUREAU,<br><br>Defendants. | CV-22-81-GF-BMM<br><br>**ORDER** |

Intervenor-Plaintiff, Blackfeet Nation (Blackfeet Nation) have moved for an order allowing Jason Searle, Esq., to appear *pro hac vice* in this case with Wesley James Furlong, Esq., designated as local counsel.  (Doc. 40.)  The application of Mr. Searle appears to be in compliance with L.R. 83.1(d).  **IT IS ORDERED**:

Blackfeet Nation's motion to allow Mr. Searle to appear on its behalf (Doc. 40) is **GRANTED**, subject to the following conditions:

1.     Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Searle must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Searle, not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Searle must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 14th day of November, 2022.

Brian Morris, Chief District Judge
United States District Court