Lindsey R. Simon
Aleea K. Sharp
Agency Counsel
MONTANA DEPARTMENT OF LABOR AND INDUSTRY
P.O. Box 1728
Helena, MT 59624-1728
Telephone: (406) 444-5466
Email: [lindsey.simon2@mt.gov](mailto:lindsey.simon2@mt.gov)
  [aleea.sharp2@mt.gov](mailto:aleea.sharp2@mt.gov)

*Attorney for Defendants Esau and MHRB*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GLACIER COUNTY REGIONAL PORT AUTHORITY,<br><br>Plaintiff,<br><br>BLACKFEET NATION,<br><br>Intervenor-Plaintiff,<br><br>vs.<br><br>LAURIE ESAU ET AL.,<br><br>Defendants. | Case No. CV-22-81-GF-BMM-JTJ<br><br>Judge: Hon. Brian Morris<br><br>DEFENDANTS ESAU AND MHRB'S MOTION TO DISMISS INTERVENOR'S AMENDED COMPLAINT [Doc. 50] |

Defendants Laurie Esau, Commissioner of the Montana Department of

Labor and Industry, and the Montana Human Rights Bureau (MHRB) move this

Court to dismiss Intervenor-Plaintiff Blackfeet Nation's *Amended Complaint for*

*Declaratory and Injunctive Relief* (Doc. 50). Fed. R. Civ. P. 12(b)(6) requires dismissal of Defendant MHRB on sovereign immunity grounds and the entirety of the *Amended Complaint* on standing and ripeness grounds.

This motion is supported by the *Brief in Support of Defendants Esau and MHRB's Motion to Dismiss Intervenor's Amended Complaint*, filed contemporaneously herewith.

DATED this 31st day of January 2023.

>*/s/ Lindsey R. Simon*
>LINDSEY R. SIMON
>Montana Department of Labor and Industry
>Attorney for Defendants Esau and MHRB

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 31st day of January 2023.

>By: */s/ Lindsey R. Simon*
>LINDSEY R. SIMON
>Montana Department of Labor and Industry
>Attorney for Defendants Esau and MHRB