IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GLACIER COUNTY REGIONAL PORT AUTHORITY,<br>      Plaintiff,<br><br>and<br><br>BLACKFEET NATION,<br>      Intervenor-Plaintiff,<br><br>v.<br><br>LAURIE ESAU *et al.*,<br>      Defendants. | Case No. 4:22-cv-00081-BMM<br><br>**ORDER** |

      On May 24, 2023, Intervenor-Plaintiff Blackfeet Nation filed a Notice of Voluntary Dismissal Without Prejudice, Doc. 83, dismissing its cases in its entirety against Defendants Laurie Esau, the Montana Human Rights Bureau, Deb Broadbent, Richard Bartos, Curtis T. Almy, Brian T. Molina, and Peter M. Damrow, and the Montana Human Rights Commission without prejudice.

      Since Defendants have not served an answer or a motion for summary judgment, Intervenor-Plaintiff is entitled to voluntarily dismiss its cases without leave of court. Fed. R. Civ. Pro. 14(a)(1)(A)(i). The filing of Intervenor-Plaintiff's Notice of Voluntary Dismissal Without Prejudice automatically terminates this case. Accordingly,

**IT IS HEREBY ORDERED** that this case is DISMISSED WITHOUT PREJUDICE. Each party will bear their own fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to close this case.

DATED this 12th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court